Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel. 510-583-1155
Fax. 510-583-1299

Attorneys for Claimant
LEONARD A. JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>LEONARD A. JACKSON, HOSEA LEON MOORE and ESTATE OF DEBORAH L GRIFFIN<br><br>Defendants | CASE NO: C09-05178 SI<br><br>STIPULATION RELATED TO RESOLUTION OF DISPUTE AND REQUEST FOR SHORT CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE. |

It is hereby stipulated:

1. There are five claimants to the ERISA benefits which are the subject of this interpleader action.

2. Counsel for Prudential Insurance Company of America and all the claimants have reached a tentative agreement for the resolution of the entire lawsuit. Leia Ursery, attorney for the Colorado claimants, has prepared a draft settlement agreement. The Colorado claimants

-1-

have not appeared in this action since Ms. Ursery is not admitted to the bar of this Court.

  3. Glen L. Moss, attorney for the California claimant, Leonard Jackson, has reviewed the proposal, and made various modifications. Mr. Moss and Ms. Ursery have discussed these modifications and reached agreement on the terms of the settlement.

  3. On January 21, 2010, the parties had a conference call to discuss the terms of the settlement, It was agreed that Prudential will prepare the final agreement as well as a California Probate Code §13100 Declaration for the signature of all the claimants. Prudential will be guided in drafting the agreement by the proposal worked out between Ms. Ursery and Mr. Moss.

  4. The parties anticipate that the case will be resolved within 60 days and request that the Rule 26 Disclosures and the Initial Case Management Conference be continued for approximately 60 days.

  5. This Stipulation may be filed and signed in counterparts. The parties request that this Stipulation be considered as compliance with their obligations to meet, confer, and file the ADR Certification.

  Respectfully submitted.

Jason Gong,           Glen L. Moss, attorney
attorney for Prudential       for Leonard Jackson

*/s/ Jason Gong* 1/26/10     */s/ Glen L. Moss*

### ORDER

The above Stipulation is approved. The continued

-2-

date for Rule 26 Disclosures is April 15, 2010 and the new date for the Initial Case Management Conference is April 30, 2010.

x/jackson.stp

_____
Susan Illston, United States District Judge

-3-