UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD A. JACKSON, HOSEA LEON MOORE and ESTATE OF DEBORAH L. GRIFFIN,<br><br>Defendants. | Civil Action No. 3:09-cv-05178-SI<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

THE MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the matter in difference be and hereby is dismissed with prejudice and without cost to any party, pursuant to F.R.C.P. 41(a)(1)(A).

_____
Glenn L. Moss (State Bar No. 44307)
MOSS and MURPHY
Attorney for Defendant,
Leonard A. Jackson

Dated: 24 Feb 20'10

_____
Jason G. Gong (State Bar No. 181298)
LIVINGSTON LAW FIRM
Attorney for Plaintiff,
The Prudential Insurance Company of America

Dated: March 31, 2010



IT IS SO ORDERED
Judge Susan Illston